1  Douglas M. Larsen #142852
2  John A. Bezmalinovic #203810
   FISHMAN, LARSEN & GOLDRING
3  7111 N. Fresno Street, Suite 200
   Fresno, California 93720
4  (559) 256-5000
5  (559) 256-5005 fax

6  Attorneys for: Defendants

7

8              THE UNITED STATES DISTRICT COURT FOR

9        THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10 RANDALL PENCE, as an individual, and on ) Docket No: CIV-F-03-6310 REC LJO
11 behalf of the Money Purchase Pension Plan, )
                                              ) STIPULATION OF DISMISSAL
12             Plaintiff,                      )
                                              )
13        v.                                   )
                                              )
14 KINGS HEALTH MEDICAL GROUP, INC.,          )
   a medical corporation,                     )
15                                            )
   and                                        )
16                                            )
   JESSE R. LISCOMB, in his individual        )
17 capacity and as trustee, shareholder, director, )
   and Fiduciary of Kings Health Medical Group, )
18 Inc.,                                       )
                                              )
19 and                                        )
                                              )
20 KENNETH W. MELASHENKO, in his              )
21 individual capacity and as trustee, shareholder, )
   director, and fiduciary of Kings Health Medical )
22 Group, Inc.,                                )
                                              )
23 and                                        )
                                              )
24 H. JAMES PRINCETON, in his individual      )
   capacity and as trustee, shareholder, director, )
25 and fiduciary of Kings Health Medical Group, )
   Inc.,                                       )
26                                            )
   ///                                        )
27

28

                                    1
                        STIPULATION OF DISMISSAL

1   and                                          )
                                                 )
2   RICHARD B. SAMPSON, in his individual        )
    Capacity and as trustee, shareholder, director, )
3   and fiduciary of Kings Health Medical Group, )
    Inc.,                                        )
4                                                )
5   and                                          )
                                                 )
6   GAYLENE J. SOLONIUK, in her individual       )
    capacity and as trustee, shareholder, director, )
7   and fiduciary of Kings Health Medical Group, )
    Inc.,                                        )
8                                                )
    and                                          )
9                                                )
    ERIC N. SORENSEN, in his individual capacity )
10  and as trustee, shareholder director, and    )
    fiduciary of Kings Health Medical Group, Inc., )
11                                               )
12  and                                          )
                                                 )
13  LLOYD M. SOUZA, in his individual capacity   )
    and as trustee, shareholder, director, and   )
14  fiduciary of Kings Health Medical Group, Inc., )
                                                 )
15           Defendants.                         )
                                                 )
16  _____     )

17        IT IS HEREBY STIPULATED by and between the parties to this action through their designated

18  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP

19  41(a)(1).

20

21  Dated: January 6, , 2005

22  DIAS LAW FIRM                          FISHMAN, LARSEN & GOLDRING

23

24  By: s/Christopher T. Fishburn         By: s/Douglas M. Larsen
25      Christopher T. Fishburn,              Douglas M. Larsen,
        Attorneys for Plaintiff               Attorneys for Defendants
26

27                                  It is so ORDERED

28                                  DATED:  6/27/05

                                    United States District Judge
                                         2
                            STIPULATION OF DISMISSAL